In the Matter of FRANK M. HARDENBROOK, an Attorney,
Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
Respondent.

*Matter of Hardenbrook,* 135 App. Div. 634, affirmed.
(Argued June 2, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 7, 1910, directing that the name of the appellant
herein be stricken from the roll of attorneys and counselors
at law and forbidding him to practice as such in any court
within the state.

*Theodore H. Lord* and *Frederick W. Park* for appellant.

*J. Addison Young* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
HISCOCK and CHASE, JJ.